## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER WALSTRUM,** | : | **CIVIL ACTION NO. 1:18-CV-806** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **WAL-MART STORES EAST, LP,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 9th day of October, 2018, upon consideration of defendant's

motion (Doc. 16) to compel discovery, and it appearing that the motion was filed in

contravention of the court's case management order, (Doc. 14 ¶ 5(b)), it is hereby

ORDERED that:

1. The motion (Doc. 16) to compel discovery is DENIED without
   prejudice.

2. The parties shall contact the court in order to schedule a telephonic
   conference in this matter.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania