IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER WALSTRUM,** | CIVIL ACTION NO. 1:18-CV-806 |
| Plaintiff | (Chief Judge Conner) |
| v. | |
| **WAL-MART STORES EAST, LP,** | |
| Defendant | |

## <u>ORDER</u>

AND NOW, this 8th day of January, 2020, upon consideration of the report (Doc. 40) of Magistrate Judge William I. Arbuckle, recommending that the court grant defendant's motion (Doc. 36) to dismiss this case for lack of prosecution, and it appearing that no party has objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court being in agreement with Judge

Arbuckle's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 40) of Magistrate Judge Arbuckle is ADOPTED.

2. Defendant's motion (Doc. 36) to dismiss is GRANTED.

3. Plaintiff's complaint (Doc. 1) is DISMISSED for failure to prosecute.

4. The Clerk of Court is directed to CLOSE the above-captioned case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania